Harlan L. JACOBSEN, Editor/Publisher of Solo RFD and Single Scene, Plaintiff–Appellant,

v.

Darrel RENSINK, Director of IA DOT; William Zitterich, Director of Maintenance Services of IA DOT, Defendants–Appellees.

No. 05–1309.

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2006.

Filed: May 15, 2006.

Harlan L. Jacobsen, Sioux Falls, SD, pro se.

Gordon Eugene Allen, Attorney General's Office, Des Moines, IA, Mark Hunacek, Department of Transportation, Ames, IA, for Defendants–Appellees.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Harlan Jacobsen appeals the magistrate judge's[1] grant of defendants' motion for relief from a 1998 preliminary injunction delineating the restrictions that defendants could enforce on Jacobsen's placement of newsracks at Iowa highway rest areas. We affirm.

In a related case before us on appeal, *Jacobsen v. Dep't of Transp., et al.*, 450 F.3d 778 (8th Cir.2006) (which we affirm today), the district court[2] held that the rest areas at issue are nonpublic fora, and that the present restrictions governing placement of the newsracks comply with the constitutional protection afforded nonpublic fora. In light of that holding and the constitutional restrictions with which defendants must comply in the future given the status of the rest areas as nonpublic fora, we conclude that the magistrate judge did not abuse his discretion in dissolving the preliminary injunction. *See* Fed. R. Civ. P. 60(b)(5) (court may relieve party of order if, inter alia, it is no longer equitable that judgment should have prospective relief), (b)(6) (court may relieve party from order for any non-listed reason justifying relief).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

2. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.